IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

DAVID C. LARSON,

                Defendant.

ORDER

97-cr-33-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On May 20, 2009, I granted the government's motion for post-judgment garnishment. On June 1, 2009, defendant asked for a hearing on the writ and for appointment of counsel. I denied the request for counsel but set a hearing for June 17, 2009. The hearing date was set over twice and finally set for July 22, 2009. In the meantime, defendant filed motions for discovery.

On July 16, 2009, defendant filed a motion to cancel the July 22, 2009 hearing, saying that he had met with Assistant United States Attorney Heidi Luehring, who had answered all of his questions and given him the information he needed. He says now that he believes that a hearing would be a waste of the court's time. Since the hearing was set only to accommodate defendant, his motion to cancel the hearing will be granted.

1

ORDER

IT IS ORDERED that defendant David C. Larson's motion to cancel the hearing set

for July 22, 2009 is GRANTED.

Entered this 21st of July, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2