IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )   Case Number 3:97-CR-33<br>)<br>DAVID C. LARSEN, )<br>)<br>Defendant. ) | |

**DISPOSITION ORDER AND ORDER DIRECTING
DEFENDANT TO DISCLOSE CHANGES IN EMPLOYMENT**

Based upon the grounds set forth in the United States' motion,

IT IS HEREBY ORDERED that garnishee defendant withhold and retain twenty-five (25%) of the debtor's income from all sources for each pay period. All funds shall be made payable to the Clerk of Court and forwarded to the United States Clerk of Court for the Western District of Wisconsin, 120 North Henry Street, Madison, Wisconsin 53703.

THIS WRIT OF GARNISHMENT IS CONTINUING AND MAY ONLY TERMINATE BY:

A.  A COURT ORDER QUASHING THE WRIT OF GARNISHMENT;

B.  EXHAUSTION OF PROPERTY IN THE POSSESSION, CUSTODY, OR CONTROL OF THE GARNISHEE IN WHICH THE DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST (INCLUDING NONEXEMPT DISPOSABLE EARNINGS), UNLESS THE GARNISHEE DEFENDANT REINTSTATES OR REEMPLOYS THE JUDGMENT DEBTOR WITHIN 90 DAYS AFTER THE JUDGMENT DEBTOR'S DISMISSAL OR RESIGNATION; OR

C.  SATISFACTION OF THE DEBT WITH RESPECT TO WHICH THE WRIT IS ISSUED.

IT IS ALSO ORDERED that defendant provide complete employment and earnings information within 30 days of any date from which he is no longer employed by Blue Chip Street Rods, LLC.

Entered this 28th day of July, 2009.

BY THE COURT:

BARBARA B. CRABB
District Judge